# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143698(26)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENYON CLINTON,
      Defendant-Appellant.

_____/

SC: 143698
COA: 300902
Macomb CC: 2002-002881-FC

On order of the Court, the motion for reconsideration of this Court's January 30, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

Clerk

h0319